## No. 16,123.

### NAPHEYS v. NAPHEYS.
(198 P. [2d] 456)

Decided September 27, 1948.   Rehearing denied October 18, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ERSKINE R. MYER, Mr. DONALD C. McKINLAY, for plaintiff in error.

Mr. B. F. NAPHEYS, JR., pro se.